IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SOKOL HOLDINGS, INC., | § | |
| THOMAS SINCLAIR, and | § | No. 296, 2017 |
| BRIAN SAVAGE, | § | |
| | § | |
| Defendants and Counterclaim | § | Court Below—Superior Court |
| Plaintiffs Below, Appellants, | § | of the State of Delaware |
| Cross-Appellees, | § | |
| | § | No. N14C-01-217 |
| v. | § | |
| | § | |
| MARGOLIS EDELSTEIN, | § | |
| MARCUS & AUERBACH, | § | |
| JEROME MARCUS, JONATHAN | § | |
| AUERBACH, and HERBERT | § | |
| MONDROS, | § | |
| | § | |
| Plaintiffs and Counterclaim | § | |
| Defendants Below, | § | |
| Appellees, Cross-Appellants. | § | |

Submitted: May 16, 2018
Decided: May 17, 2018
Corrected: May 18, 2018

Before **VALIHURA**, **VAUGHN** and **TRAYNOR**, Justices.

## O R D E R

This 18th day of May 2018, after careful consideration of the parties' briefs, oral argument, and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its June 30, 2017 Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court be AFFIRMED.

BY THE COURT:


*/s/ Gary F. Traynor*
Justice